UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATTORNEY(S) STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
401 FRANKLIN AVE SUITE 300 GARDEN CITY , NY 11530 |

PH: 516-812-4500

Index Number: 16-cv-3544-SJF-SIL
Date Filed: 06-28-2016
Court/Return Date:

Lisa Weitzman — *Plaintiff*

vs

Long Beach City School District, Sabrina Cantore, Randie Berger, et al — *Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Rick Cardace**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **July 14, 2016**, at **9:37 AM** at **235 Lido Blvd, Lido Beach, NY 11561**, Deponent served the within **E-filed Civil Cover Sheet, Summons in a Civil Action, Complaint and Jury Demand. Individual Motion Practice and Rules of Judge Sandra J. Feuerstein, Individual Motion Practices of Magistrate Judge Steven I. Locke and Notice of Hearing**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **Amy Teemer c/o Long Beach City School District**, Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **CAROLE BUTLER** (**District Clerk**) a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ **#5 MAILING**
On **July 14, 2016** , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
**Sex**: Female   **Color of skin**: White   **Color of hair:** Light Red   **Age**: 51-60
**Height**: 5ft0in-5ft3in   **Weight**: 100-130 Lbs.   **Other Features**:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on July 15, 2016

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Process Server, Please Sign
Rick Cardace
Job #: 1619674   Lic#
Client's File No.:

*Inter County Judicial Services, LLC, 85 Willis Avenue Ste. F, Mineola, NY 11501 LICENSE # 1371771*