# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 22 2016 ★

LONG ISLAND OFFICE

**DATE**: September 22, 2016          **TIME**: 30 minutes

**CASE NUMBER**:     2:16-cv-03544-SJF-AYS

**CASE TITLE**:     Weitzman v. Long Beach City School District et al

**PLTFFS ATTY**:     **Debra Wabnik**
                  X present          ___ not present


                  ___ present          ___ not present


**DEFTS ATTY**:     **Lou Silverman and Gerard Smith**
                  X present          ___ not present


                  ___ present          ___ not present


**COURT REPORTER**: _____     **COURTROOM DEPUTY**:Bryan Morabito

**OTHER**: _____

X     CASE CALLED.

___     ARGUMENT HEARD / CONT'D TO_____.

___     DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**  Outstanding discovery is respectfully referred to the assigned magistrate judge.  All discovery shall be complete by 8/15/2017.   An in person pretrial conference is scheduled before Judge Feuerstein on 9/13/2017 at 11:15 a.m.