# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____Attorneys at Law_____

April 24, 2018

**VIA ECF**

The Honorable Judge Sandra Feuerstein
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  D.B. v. Long Beach CSD, et al.
     Docket No.: 17 CV 01495 (SJF)(AYS)

     L.G. v. Long Beach CSD, et al.
     Docket No.: 17 CV 00453 (SJF)(AYS)

     G. v. Long Beach CSD, et al.
     Docket No.: 16 CV 01955 (SJF)(AYS)

     Weitzman v. Long Beach CSD, et al.
     Docket No.: 16 CV 3544(SJF)(AYS)

Dear Judge Feuerstein:

We represent the plaintiffs, D.B., and her Mother and Natural Guardian, Shirlyn Summers (collectively "Plaintiffs"), in the matter of D.B. v. Long Beach CSD, Docket No.: 17 CV 01495. We write with respect to Your Honor's Order, dated December 13, 2017 (ECF No.: 20, 17 CV 01495, "Order"), which states that if it "appears that the relevant New York Law §3020-a determination will not be rendered by the 5/7/2018 deadline, an extension on that deadline may be sought by letter application filed on CM/ECF." Order, p. 1. We write with the consent of all the parties in all actions.

I have maintained email and/or telephonic communication with Lewis Silverman, Esq. of the law office of Silverman and Associates (Attorneys for Long Beach CSD et al). While the New York Education law requires that "the hearing officer shall render a written decision within thirty days of the last day of the final hearing, or in the case of an expedited hearing within ten days of such expedited hearing, and shall forward a copy thereof to the commissioner who shall immediately forward copies of the decision to the employee and to the clerk or secretary of the employing board" (§ 3020-a(4)(a)), there has been no decision to date.

In compliance with Your Honor's Order and Individual Rule 1(E), we are writing in advance of the May 7, 2018 deadline to request that the deadline to re-open all the related cases be adjourned to August 31, 2018, or to a date deemed equitable by this Court. As all of the Parties have no control over the date the 3020-a decision will be issued, we ask Your Honor to take this into consideration in deciding an appropriate date for the adjournment. We thank the Court for its attention to this matter.

                                                Respectfully submitted,
                                                LEEDS BROWN LAW, P.C.

                                                _____/s/_____
                                                Jonathan C. Messina

cc: All Counsel via ECF