## STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Andrew Kazin*∆
David R. Ehrlich

Solomon Abramov*
Jacqueline M. Della Chiesa
Michael C. Dombrowski
Cara M. Goldstein
Ronald P. Labeck
Brian A. Lacoff*
Christopher E. Medina
Michelle E. Tarson*
Andrew L. Williams

Of Counsel
Stephen Barry
John C. Polera∆
Kristen Renzulli*

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC

March 12, 2019

**Via ECF**

Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Weitzman v. Long Beach City School District, et al.
               Civil Action No.: 16-cv-3544

Dear Judge Feuerstein:

       We represent Plaintiff in the above matter. As the Court is aware, this matter was closed on December 13, 2017, pending the issuance of a decision in a New York State Education Law § 3020-a proceeding. Since that time, the deadline for re-opening the cases has been extended twice, as no 3020-a decision was issued. Another deadline to reopen, March 29, 2019, is now approaching.

       We are still awaiting a 3020-a decision. Therefore, I am respectfully requesting an extension of the deadline to reopen this matter to August 30, 2019 (the same date which the Court extended in the Summers v. Long Beach City School District, et al. matter). Defendants' counsel consents to this request.

Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
March 12, 2019
Page 2

        Thank you for your courtesies.

        Respectfully submitted,

        /s/Debra L. Wabnik

        Debra L. Wabnik (dw-0944)

DLW/sh

cc:    Gerald S. Smith, Esq.
        Silverman & Associates
        **Via ECF**