

**Debra L. Wabnik**
*Partner*

**Direct 516.812.4504**
dwabnik@stcwlaw.com

Also Admitted NJ

stcwlaw.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4500| F 516.812.4600

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

September 6, 2019

**Via ECF**
Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Weitzman v. Long Beach City School District, et al.
            Civil Action No.: 16-cv-3544

Dear Judge Feuerstein:

    We represent Plaintiff in the above matter. We are in receipt of attorney Gerard Misk's September 3, 2019 letter responding to our application for an extension of the deadline to reopen this matter. Our request was limited to this action only, and we are not seeking a stay of discovery in any action brought by Mr. Misk's office. Mr. Misk took no position with respect to Plaintiff's request to extend the deadline to reopen this case, and neither did counsel for defendants in this case. Accordingly, it is respectfully requested that Plaintiff's request for an extension of the deadline to reopen this matter for at least six months to February 20, 2020 be granted.

    Thank you for your courtesies.

                                        Respectfully submitted,

                                        /s/ Debra L. Wabnik

                                        Debra L. Wabnik (dw-0944)

DLW/am

cc:    Gerald S. Smith, Esq.
       Lewis Silverman, Esq.
       Silverman & Associates
       **Via ECF**