

**Debra L. Wabnik**
*Partner*

**Direct 516.812.4504**
dwabnik@staggwabnik.com

**Also admitted in NJ**

staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4500| F 516.812.4600

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

January 22, 2020

**Via ECF**
Honorable Sandra Fuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Weitzman v. Long Beach CSD
               Case No.: 16-cv-3544 (SJF) (AYS)

Dear Judge Fuerstein:

      We represent plaintiff in the above-mentioned matter. Our firm name shall now be designated as Stagg Wabnik Law Group LLP. Our physical address has not changed, and my email address is dwabnik@staggwabnik.com. This letter is to confirm that our firm name, physical address and email addresses have been updated in Pacer/NextGen to reflect correctly within the docket.

      If you have any questions, please feel free to contact the undersigned. Thank you.

      Respectfully submitted,

      /s/ Debra L. Wabnik   (dw-0944)
      Debra L. Wabnik

DW/sf

    cc:    All Parties (via ECF)