

**Debra L. Wabnik**
*Partner*

Direct 516.812.4504
dwabnik@staggwabnik.com

Also Admitted NJ

staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4500| F 516.812.4600

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

February 23, 2020

**Via ECF**

Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Weitzman v. Long Beach City School District, et al.
              Civil Action No.: 16-cv-3544

Dear Judge Feuerstein:

    We represent Plaintiff in the above matter.  As the Court is aware, this matter was closed on December 13, 2017, pending the issuance of a decision in a New York State Education Law § 3020-a proceeding.  The deadline for re-opening the case was extended four times while we waited for a 3020-a decision to be issued.  Another deadline to reopen, February 28, 2020, is now approaching.

    The Opinion and Award in the New York State Education Law § 3020-a proceeding was rendered on March 31, 2019.  Of the eight charges preferred against Plaintiff, five were dismissed.  Petitioner appealed that portion of the Opinion sustaining the three remaining charges by petition on April 10, 2019, which was amended on June 7, 2019.  Defendant The Long Beach City School District ("the District") moved to dismiss the amended petition.  The motion was returnable on August 28, 2019.  While the appeal is decided in the state court, I am respectfully requesting an extension of the deadline to reopen this matter for at least six months to August 20, 2020.  Defendants' counsel consents to this request.

    Thank you for your courtesies.

                                    Respectfully submitted,

                                    /s/Debra L. Wabnik

                                  Debra L. Wabnik (dw-0944)

DLW/sh

Honorable Sandra Feuerstein
United States District Court
Eastern District of New York
February 23, 2020
Page 2


cc:	Gerald S. Smith, Esq.
	Lewis Silverman, Esq.
	Silverman & Associates
	**Via ECF**